# Union Trust Company of Pittsburgh's Petition.

Argued May 26, 1941. Before Schaffer, C. J., Maxey, Drew, Linn, Stern, Patterson and Parker, JJ.

458

460

462

*J. Charles Short,* Solicitor, with him *M. Louise Rutherford,* Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellant.

*James H. Beal, Jr.,* with him *Reed, Smith, Shaw & McClay,* for appellee.

PER CURIAM:

The decree of the court below, setting aside the order of the Pennsylvania Labor Relations Board, is affirmed on the foregoing excerpts from the opinion of the court below, at the cost of appellant.